# Exhibit 1

# CHRISTOPHER W. MADEL
4725 VINE HILL ROAD
DEEPHAVEN, MINNESOTA 55331
(612) 349-8703 (WORK)/(612) 327-4991 (MOBILE)
cwmadel@rkmc.com

November 20, 2012

*Via U.S. Mail*

Chief
Freedom of Information Operations Unit
700 Army-Navy Drive
Sixth Floor
Arlington, VA 22202

Freedom of Information Operations Unit (SARF)
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152

Dear Sir/Madam:

Pursuant to the Freedom of Information Act (FOIA), please send me the following:

1.      For each month (or quarter) and year since January 1, 2006, all documents that state and/or include data regarding Cardinal Health, Inc.'s distribution of oxycodone to persons[1] located in the State of Georgia, including, but not limited to, for each month (or quarter) and year since January 1, 2006, the identity of each person in the State of Georgia that Cardinal Health, Inc. distributed the

---

[1]     For the purposes of each of the requests included in this letter, the term "person" shall mean an individual, governmental entity, sole proprietorship, corporation, limited liability company, firm, trust, partnership, or incorporated or unincorporated association existing under or authorized by the laws of this state, another state, or a foreign country, and the term "person" shall include, but not be limited to, all "practitioners" as that term is defined by 21 U.S.C. § 802(21).

November 20, 2012
Page 2

       oxycodone to, and the quantity of oxycodone that Cardinal Health, Inc. distributed to that person (in dosage units and grams).

2.     For each month (or quarter) and year since January 1, 2006, all documents that state and/or include data regarding CVS Caremark's distribution of oxycodone to persons located in the State of Georgia, including, but not limited to, for each month (or quarter) and year since January 1, 2006, the identity of each person in the State of Georgia that CVS Caremark distributed the oxycodone to, and the quantity of oxycodone that CVS Caremark distributed to that person (in dosage units and grams).

3.     For each month (or quarter) and year since January 1, 2006, all documents that state and/or include data regarding Walgreen Co.'s distribution of oxycodone to persons located in the State of Georgia, including, but not limited to, for each month (or quarter) and year since January 1, 2006, the identity of each person in the State of Georgia that Walgreen Co. distributed the oxycodone to, and the quantity of oxycodone that Walgreen Co. distributed to that person (in dosage units and grams).

4.     For each month (or quarter) and year since January 1, 2007, reports ## 1, 2, 3, 4, 5, 6, and 7 from the ARCOS-2 database (in dosage units and grams).  The identity and substance of these reports can be found at http://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/2006/index.html.

For each of the above-stated requests, I would be pleased to accept the requested data in an electronic format accessible through the Microsoft suite of products, such as Microsoft Excel.  Furthermore, it is my understanding that the data requested in request ## 1-3 reside in the Drug Enforcement Agency's ARCOS-2 database.  Accordingly, please construe request ## 1-3 to include data from the ARCOS-2 database, and I would be amenable to limiting your search of responsive documents to that database if you produce data that fully complies with these requests.

November 20, 2012
Page 3

Additionally, per the purported requirements found on DEA's website (found at http://www.justice.gov/dea/FOIA/MIS/arcos.shtml), please be advised of the following information:

Requester's full name:    Christopher William Madel
Complete address:    4725 Vine Hill Road, Deephaven, MN 55331
Date of birth:    December 31, 1966
Place of birth:    Waseca, Minnesota, USA
Notarized signature:    See below

Please feel free to contact me with any questions at the above address, telephone numbers, or cwmadel@rkmc.com.

Thank you for your prompt attention to this matter.

Sincerely,

Christopher W. Madel

*Notary:*

Subscribed and sworn to before me
this 20th day of November, 2012

Notary Public

DAWN M VAN ALSTINE
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2015

# Exhibit 2

CHRISTOPHER W. MADEL
4725 VINE HILL ROAD
DEEPHAVEN, MINNESOTA 55331
(612) 349-8703 (WORK)/(612) 327-4991 (MOBILE)
cwmadel@rkmc.com

February 5, 2013

*Via U.S. Mail*

Katherine L. Myrick, Chief
Freedom of Information Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Department of Justice
West Building, 6th Floor
700 Army Navy Drive
Arlington, VA 22202

DEA Headquarters
Attn: FOI/PA Unit (Sarf)
8701 Morrissette Drive
Springfield, VA 22152

Dear Chief Myrick:

Pursuant to the Freedom of Information Act (FOIA), please send me the following:

1.      For each month (or quarter) and year since January 1, 2006, all documents that state and/or include data regarding AmerisourceBergen Corp.'s distribution of oxycodone to persons[1]

---

[1]      For the purposes of each of the requests included in this letter, the term "person" shall mean an individual, governmental entity, sole proprietorship, corporation, limited liability company, firm, trust, partnership, or incorporated or unincorporated association existing under or authorized by the laws of this state, another state, or a foreign country, and the term "person" shall include, but not be limited to, all "practitioners" as that term is defined by 21 U.S.C. § 802(21).

February 5, 2013
Page 2

> located in the State of Georgia, including, but not limited to, for each
> month (or quarter) and year since January 1, 2006, the identity of
> each person in the State of Georgia that AmerisourceBergen Corp.
> distributed the oxycodone to, and the quantity of oxycodone that
> AmerisourceBergen Corp. distributed to that person (in dosage units
> and grams).

2.   For each month (or quarter) and year since January 1, 2006, all
documents that state and/or include data regarding McKesson
Corp.'s distribution of oxycodone to persons located in the State of
Georgia, including, but not limited to, for each month (or quarter)
and year since January 1, 2006, the identity of each person in the
State of Georgia that McKesson Corp. distributed the oxycodone to,
and the quantity of oxycodone that McKesson Corp. distributed to
that person (in dosage units and grams).

For each of the above-stated requests, I would be pleased to accept the
requested data in an electronic format accessible through the Microsoft suite of
products, such as Microsoft Excel. Furthermore, it is my understanding that the
data requested above resides in the Drug Enforcement Agency's ARCOS-2
database. Accordingly, please construe the above two requests to include data
from the ARCOS-2 database, and I would be amenable to limiting your search of
responsive documents to that database if you produce data that fully complies
with these requests.

Additionally, per the purported requirements found on the DEA's website
(found at http://www.justice.gov/dea/FOIA/MIS/arcos.shtml), please be
advised of the following information:

| | |
|---|---|
| Requester's full name: | Christopher William Madel |
| Complete address: | 4725 Vine Hill Road, Deephaven, MN 55331 |
| Date of birth: | December 31, 1966 |
| Place of birth: | Waseca, Minnesota, USA |
| Notarized signature: | See below |

Please feel free to contact me with any questions at the above address,
telephone numbers, or cwmadel@rkmc.com.

February 5, 2013
Page 3

Thank you for your prompt attention to this matter.

Sincerely,

Christopher W. Madel

*Notary:*

Subscribed and sworn to before me
this 5th day of February, 2013



Notary Public

83673978.1

DAWN M VAN ALSTINE
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2015

# Exhibit 3



# ARCOS

## Automation of Reports and Consolidated Orders System

**Melissa Buchheister**
**Targeting and Analysis Unit**
**Office of Diversion Control**
**DEA Headquarters**

**Phone: (202) 307-4949**

# ARCOS-2 Database System





# *ARCOS-2 Statistical Reports*

**Public has access to yearly statistical reports located at**
**www.deadiversion.usdoj.gov/arcos/index.html**

**Each of the following reports is available in grams, milligrams and dosage units:**

**Report 1:** **Drug Distribution to Retail Registrants by Zip Code**
This report provides quarterly and annual total drug amounts distributed to retail registrants by three digit zip code.

**Report 2:** **Drug Distribution to Retail Registrants by State**
This report reflects the total drug quantity distributed to retail registrants quarterly, by state.

**Report 4:** **Yearly Drug Distribution by State Per 100k Population**
This report reflects yearly drug totals distributed to each state per 100k population.  For each drug, the states are listed in ranking order.



# *ARCOS-2 Statistical Reports*

**Reports** (*continued*):

**Report 5:** **Statistical Summary for Retail Drug Purchases, by State**
This report lists the number of registrants, total amounts sold, and average purchases of each drug, for each business activity, in each state. Those registrants purchasing two standard deviations above the average are identified.

**Report 7:** **Statistical Summary for Retail Drug Purchases, for Entire United States**
This report lists the number of registrants, total amounts sold, and average purchases of each drug, for each business activity, within the entire United States. Those registrants purchasing two standard deviations above the average are identified.



# *ARCOS-2 - Report 1*

DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION, OFFICE OF DIVERSION CONTROL
ARCOS 2 - REPORT  1
RETAIL DRUG DISTRIBUTION BY ZIP CODE WITHIN STATE BY DOSAGE UNITS
REPORTING PERIOD:  01/01/2008 TO 12/31/2008

STATE: OREGON

| ZIP CODE | 1ST QUARTER | 2ND QUARTER | 3RD QUARTER | 4TH QUARTER | TOTAL TO DATE |
|----------|-------------|-------------|-------------|-------------|---------------|
| DRUG CODE: 9143  DRUG NAME: OXYCODONE | | | | | |
| 970 | 3,874,660 | 4,103,680 | 4,275,240 | 4,489,880 | 16,743,460 |
| 971 | 1,547,680 | 1,574,400 | 1,503,520 | 1,598,920 | 6,224,520 |
| 972 | 6,396,657 | 6,413,720 | 6,558,780 | 6,881,400 | 26,250,557 |
| 973 | 3,112,300 | 3,252,300 | 3,128,840 | 3,269,920 | 12,763,360 |
| 974 | 2,939,780 | 3,077,620 | 3,214,420 | 3,443,920 | 12,675,740 |
| 975 | 1,668,764 | 1,722,060 | 1,807,700 | 1,888,660 | 7,087,184 |
| 976 | 312,560 | 299,060 | 335,940 | 320,600 | 1,268,160 |
| 977 | 815,880 | 808,880 | 811,800 | 828,620 | 3,265,180 |
| 978 | 515,400 | 598,080 | 518,540 | 531,440 | 2,163,460 |
| 979 | 65,960 | 66,600 | 73,040 | 76,820 | 282,420 |
| STATE TOTAL | 21,249,641 | 21,916,400 | 22,227,820 | 23,330,180 | 88,724,041 |
| DRUG CODE: 9193  DRUG NAME: HYDROCODONE | | | | | |
| 970 | 4,008,016 | 4,069,264 | 3,919,616 | 4,421,573 | 16,418,469 |
| 971 | 2,044,340 | 2,027,780 | 1,814,270 | 2,075,516 | 7,961,906 |
| 972 | 5,338,681 | 5,438,153 | 5,165,450 | 6,249,338 | 22,191,622 |
| 973 | 3,831,560 | 3,606,240 | 3,590,912 | 4,237,300 | 15,266,012 |
| 974 | 4,513,610 | 4,603,660 | 4,718,450 | 5,065,769 | 18,901,489 |
| 975 | 2,915,508 | 2,985,650 | 2,965,050 | 3,225,852 | 12,092,060 |
| 976 | 753,365 | 750,095 | 766,590 | 840,805 | 3,110,855 |
| 977 | 1,420,640 | 1,399,000 | 1,365,510 | 1,443,490 | 5,628,640 |
| 978 | 1,084,870 | 1,017,520 | 1,055,810 | 1,197,360 | 4,355,560 |
| 979 | 341,040 | 337,550 | 341,560 | 397,940 | 1,418,090 |
| STATE TOTAL | 26,251,630 | 26,234,912 | 25,703,218 | 29,154,943 | 107,344,703 |



# ARCOS-2 - Report 2

```
                        DEPARTMENT OF JUSTICE
          DRUG ENFORCEMENT ADMINISTRATION, OFFICE OF DIVERSION CONTROL
                          ARCOS 2 - REPORT  2
          RETAIL DRUG DISTRIBUTION BY STATE WITHIN DRUG CODE BY DOSAGE UNITS
                    REPORTING PERIOD:  01/01/2008 TO 12/31/2008
```

DRUG CODE: 9143   DRUG NAME: OXYCODONE

| STATE | 1ST QUARTER | 2ND QUARTER | 3RD QUARTER | 4TH QUARTER | TOTAL TO DATE |
|-------|-------------|-------------|-------------|-------------|---------------|
| OREGON | 21,249,641 | 21,916,400 | 22,227,820 | 23,330,180 | 88,724,041 |
| DRUG TOTAL | 21,249,641 | 21,916,400 | 22,227,820 | 23,330,180 | 88,724,041 |

DRUG CODE: 9193   DRUG NAME: HYDROCODONE

| STATE | 1ST QUARTER | 2ND QUARTER | 3RD QUARTER | 4TH QUARTER | TOTAL TO DATE |
|-------|-------------|-------------|-------------|-------------|---------------|
| OREGON | 26,251,630 | 26,234,912 | 25,703,218 | 29,154,943 | 107,344,703 |
| DRUG TOTAL | 26,251,630 | 26,234,912 | 25,703,218 | 29,154,943 | 107,344,703 |

DRUG CODE: 9250B  DRUG NAME: METHADONE

| STATE | 1ST QUARTER | 2ND QUARTER | 3RD QUARTER | 4TH QUARTER | TOTAL TO DATE |
|-------|-------------|-------------|-------------|-------------|---------------|
| OREGON | 6,962,700 | 7,097,300 | 6,912,400 | 7,158,300 | 28,130,700 |
| DRUG TOTAL | 6,962,700 | 7,097,300 | 6,912,400 | 7,158,300 | 28,130,700 |



# ARCOS-2 - Report 4

DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION, OFFICE OF DIVERSION CONTROL
ARCOS 2 - REPORT 4
CUMULATIVE DISTRIBUTION BY STATE IN DOSAGES PER 100,000 POPULATION
REPORTING PERIOD:  01/01/2008 TO 12/31/2008

DRUG CODE: 9801   DRUG NAME: FENTANYL BASE

| RANK | STATE | 2000 POPULATION | DOSAGES TO DATE | DOSAGE/100K POP TO DATE |
|------|-------|-----------------|-----------------|-------------------------|
| 1 | NEW JERSEY | 8,158,375 | 4,147,052 | 50,831 |
| 2 | PENNSYLVANIA | 12,196,657 | 6,165,136 | 50,547 |
| 3 | DELAWARE | 762,928 | 371,987 | 48,757 |
| 4 | NEVADA | 1,837,560 | 878,368 | 47,800 |
| 5 | OKLAHOMA | 3,365,270 | 1,572,856 | 46,737 |
| 6 | TENNESSEE | 5,598,896 | 2,614,921 | 46,704 |
| 7 | OHIO | 11,308,118 | 5,228,664 | 46,238 |
| 8 | NORTH CAROLINA | 7,723,277 | 3,570,109 | 46,225 |
| 9 | CONNECTICUT | 3,284,638 | 1,504,536 | 45,805 |
| 10 | FLORIDA | 15,123,712 | 6,673,626 | 44,126 |
| 11 | UTAH | 2,172,245 | 926,195 | 42,637 |
| 12 | INDIANA | 6,023,368 | 2,560,158 | 42,503 |
| 13 | COLORADO | 4,126,972 | 1,719,569 | 41,666 |
| 14 | OREGON | 3,369,788 | 1,374,881 | 40,800 |
| 15 | ARIZONA | 4,732,567 | 1,903,103 | 40,212 |
| 16 | MONTANA | 942,485 | 371,925 | 39,462 |
| 17 | WEST VIRGINIA | 1,834,977 | 718,879 | 39,176 |
| 18 | KANSAS | 2,659,522 | 1,031,477 | 38,784 |
| 19 | MICHIGAN | 9,670,334 | 3,722,580 | 38,494 |
| 20 | SOUTH DAKOTA | 772,409 | 293,289 | 37,970 |
| 21 | MARYLAND | 5,256,181 | 1,983,600 | 37,738 |
| 22 | NORTH DAKOTA | 659,786 | 247,847 | 37,564 |
| 23 | ALASKA | 637,786 | 233,338 | 36,585 |
| 24 | NEW HAMPSHIRE | 1,215,820 | 430,640 | 35,419 |
| 25 | ALABAMA | 4,434,285 | 1,557,065 | 35,114 |
| 26 | MISSOURI | 5,519,767 | 1,933,946 | 35,036 |

U.S. DOSAGES / PER 100K POPULATION  277,755,074         100,807,494              36,293



# *ARCOS-2 - Report 5*

```
                        DEPARTMENT OF JUSTICE
        DRUG ENFORCEMENT ADMINISTRATION, OFFICE OF DIVERSION CONTROL
                        ARCOS 2 - REPORT  5
        STATISTICAL SUMMARY FOR RETAIL DRUG PURCHASES BY DOSAGE UNITS
                 REPORTING PERIOD:  01/01/2008 TO 12/31/2008
```

STATE: CALIFORNIA                BUSINESS ACTIVITY: PHARMACIES

| DRUG NAME | DRUG CODE | NUMBER OF REGISTRANTS SOLD TO | TOTAL DOSES SOLD TO REGISTRANTS | AVERAGE DOSAGE PER REGISTRANT | DOSAGE STANDARD DEVIATIONS | NO OF REGS PURCHASING +1 OR MORE DEVIATIONS | NO OF REGS PURCHASING +2 OR MORE DEVIATIONS |
|---|---|---|---|---|---|---|---|
| OXYCODONE | 9143 | 5,706 | 188,176,151 | 32,979 | 62,387 | 381 | 163 |
| HYDROCODONE | 9193 | 6,377 | 873,759,294 | 137,017 | 105,062 | 837 | 364 |
| METHADONE | 9250B | 4,862 | 76,306,400 | 15,694 | 33,413 | 342 | 148 |
| FENTANYL BASE | 9801 | 5,481 | 9,924,940 | 1,811 | 4,586 | 285 | 125 |

STATE: CALIFORNIA                BUSINESS ACTIVITY: HOSPITALS

| DRUG NAME | DRUG CODE | NUMBER OF REGISTRANTS SOLD TO | TOTAL DOSES SOLD TO REGISTRANTS | AVERAGE DOSAGE PER REGISTRANT | DOSAGE STANDARD DEVIATIONS | NO OF REGS PURCHASING +1 OR MORE DEVIATIONS | NO OF REGS PURCHASING +2 OR MORE DEVIATIONS |
|---|---|---|---|---|---|---|---|
| OXYCODONE | 9143 | 648 | 28,537,510 | 44,039 | 178,081 | 28 | 16 |
| HYDROCODONE | 9193 | 805 | 45,317,276 | 56,295 | 147,039 | 49 | 32 |
| METHADONE | 9250B | 521 | 8,677,200 | 16,655 | 53,332 | 27 | 18 |
| FENTANYL BASE | 9801 | 555 | 765,723 | 1,380 | 2,917 | 38 | 22 |

# *ARCOS-2 - Report 7*



DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION, OFFICE OF DIVERSION CONTROL
ARCOS 2 – REPORT  7
UNITED STATES SUMMARY FOR RETAIL DRUG PURCHASES BY DOSAGE UNITS
REPORTING PERIOD:  01/01/2008 TO 12/31/2008

ENTIRE UNITED STATES                BUSINESS ACTIVITY: PHARMACIES

| DRUG NAME | DRUG CODE | NUMBER OF REGISTRANTS SOLD TO | TOTAL DOSES SOLD TO REGISTRANTS | AVERAGE DOSAGE PER REGISTRANT | DOSAGE STANDARD DEVIATIONS | NO OF REGS PURCHASING +1 OR MORE DEVIATIONS | NO OF REGS PURCHASING +2 OR MORE DEVIATIONS |
|---|---|---|---|---|---|---|---|
| OXYCODONE | 9143 | 60,798 | 3,416,021,456 | 56,186 | 12,110 | 15,261 | 12,381 |
| HYDROCODONE | 9193 | 63,439 | 7,073,907,093 | 111,507 | 8,832 | 19,451 | 17,747 |
| METHADONE | 9250B | 51,228 | 681,648,600 | 13,306 | 9,268 | 7,903 | 4,847 |
| FENTANYL BASE | 9801 | 58,651 | 93,686,082 | 1,597 | 7,986 | 995 | 389 |

ENTIRE UNITED STATES                BUSINESS ACTIVITY: HOSPITALS

| DRUG NAME | DRUG CODE | NUMBER OF REGISTRANTS SOLD TO | TOTAL DOSES SOLD TO REGISTRANTS | AVERAGE DOSAGE PER REGISTRANT | DOSAGE STANDARD DEVIATIONS | NO OF REGS PURCHASING +1 OR MORE DEVIATIONS | NO OF REGS PURCHASING +2 OR MORE DEVIATIONS |
|---|---|---|---|---|---|---|---|
| OXYCODONE | 9143 | 8,133 | 393,516,180 | 48,385 | 27,472 | 971 | 743 |
| HYDROCODONE | 9193 | 8,672 | 368,112,111 | 42,448 | 85,441 | 544 | 314 |
| METHADONE | 9250B | 5,670 | 69,056,018 | 12,179 | 54,662 | 214 | 127 |
| FENTANYL BASE | 9801 | 7,069 | 6,809,699 | 963 | 2,530 | 370 | 178 |



# *Incorrect ARCOS Input Affects ARCOS Output*

- **The most common mistakes in ARCOS reporting**
  - Quantity errors (paper reporters only)
  - Improper use of the strength field
  - Reverse distributors' use of transaction code "S"
  - Submission of error corrections as new transactions
  - Invalid NDC numbers



# *The Strength Field*

- **Strength field is properly used to report two different kinds of data**
  - The purity of a bulk raw material (e.g., powder)
  - Partial packages, or packages that exceed a standard size (percentage of package entered into strength field for solid doses only)



# ***The Strength Field, cont.***

- **Common mistakes with use of the strength field**
  - The strength field, if it is anything other than blank, is almost never used correctly to report sales of a  finished NDC product to a retail registrant
  - Using the strength field to report the sale of a finished product

- **This causes ARCOS data to be under- or over-reported, significantly skewing the data**



# *Use of the Transaction Code "S" by Reverse Distributors*

- **Reverse Distributors**
  - Purpose is to obtain and destroy drugs from retail level registrants
  - Use of the transaction code "S" for sale is incorrect; rather, correctly use transaction code "P" for purchase

- **Improper use of transaction codes makes it appear that the reverse distributor is selling drugs <u>to</u> rather than obtaining drugs from the retail level registrant, and skews the ARCOS data**

- **Over 54,000 transactions of sales of hydrocodone were reported by reverse distributors in 2008 with the transaction code "S"**



# *Submission of Corrected ARCOS Transactions*

- **Reporting corrected transactions**
  - After submitting the ARCOS report, the reporting registrant receives an "Edit Error Listing"
  - Registrants commonly resubmit transactions in which there were errors as <u>new</u> transactions rather than following the correction process
    - Review the "Edit Error Listing" and resubmit transactions with the next ARCOS report under the correction process; utilize the assigned correction number



# *Submission of Corrected ARCOS Transactions, cont.*

- **When transactions are resubmitted as new transactions with the next ARCOS report, rather than following the correction process, we cannot expunge the incorrect records and replace them with the new corrected records**

- **Most notably, any transactions with uncorrected errors are not counted in ARCOS data**



# *Invalid NDC Numbers*

- **For the purposes of ARCOS reporting, NDC numbers must be 11 digits; e.g., xxxxx-xxxx-xx**
  - 5-digit labeler code
  - 4-digit product code
  - 2-digit package size code

- **FDA NDC numbers are usually less than 11 digits; you must add a leading "0" in the appropriate position**



# *Invalid NDC Numbers, cont.*

- **Error listings of invalid NDC numbers constitutes the largest source of errors in the ARCOS database**

- **Error Code E76 – NDC number not in the drug dictionary**
  - 2008 – 127,660 transactions received with this error

# *NDC Numbers for Packages within Packages*



- **Some products have multiple packages within a single package (e.g., 10 vials of injectable morphine inside a box, and 10 boxes of this drug within one large box), with the vials, interior packages, and exterior package each having their own NDC number**
  - Must ensure usage of the correct NDC number when reporting sales (e.g., selling the entire box of 10 boxes, selling one box of 10 vials, or selling single/multiple vials)

- **Using the wrong NDC number in a transaction such as this dramatically under- or over-reports the sale of the drug to the ARCOS system and skews the data**

18



# *ARCOS Registrant Handbook: Guidance for Reporting*

- **Section 5.17, Strength, for guidance on usage of the strength field**

- **Section 7.5, Correcting Transaction Records**

- **Section 5.10, National Drug Code (NDC)**

# QUESTIONS

