

**U.S. Department of Justice**
Drug Enforcement Administration

NOV 29 2012

Case Number: 13-00105-F

Subject: ARCOS-2 data for Cardinal Health, Inc., CVS Caremark's, and Walgreens Co's distribution of oxycodone since January 1, 2006, etc

Christopher W. Madel
4725 Vine Hill Road
Deephaven, MN 55331

Dear Mr. Madel:

This letter responds to your Freedom of Information/Privacy Act (FOI/PA) request dated November 20, 2012, received by the Drug Enforcement Administration (DEA), Freedom of Information/Privacy Act Unit (SARF), seeking access to DEA records. Your request has been opened and assigned the above case number. Please include this case number when corresponding with this office.

This letter confirms your obligation that by filing your request, you have agreed to pay all applicable fees charged under 28 C.F.R. § 16.11, up to $25.00. No fees are due at this time.

In order to expedite all requests, your request will be handled in chronological order based on the date of this letter. If you have any questions regarding this letter, you may contact our Customer Service Hotline Representative on (202) 307-7596 or mail your correspondence to:

    DEA HEADQUARTERS
    ATTN: FOI/PA UNIT (SARF)
    8701 MORRISSETTE DRIVE
    SPRINGFIELD, VIRGINIA 22152

Sincerely,

Katherine L. Myrick, Chief
Freedom of Information/Privacy Act Unit
FOI/Records Management Section

Exhibit A