

**U.S. Department of Justice**
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, Virginia 22152-1080

MAY 1 6 2013

Case Number: 13-00233-F

Subject: ARCOS-2 DATA FOR AMERISOURCEBERGEN CORP'S AND MCKESSON CORP'S DISTRIBUTION OF OXYCODONE SINCE JANUARY 1, 2006

Estimated Fee Required: $3,434.00
Search Fee: $3,280.00
Review Fee: $ 154.00
Reproduction: Not available

Christopher W. Madel
4725 Vine Hill Road
Deephaven, Minnesota 55331

Dear Mr. Madel:

This letter responds to your Freedom of Information/Privacy Act (FOI/PA) request dated February 05, 2013, addressed to the Drug Enforcement Administration (DEA), Freedom of Information/Privacy Act Unit (SARF), seeking access to information regarding the above subject.

The search, review, and reproduction fees for processing your Freedom of Information Act (FOIA) request are anticipated to equal or exceed the amount noted above. You are required to make an advance payment. **Additionally, it is required that you agree to pay all remaining fees incurred when your request is completed. Even upon receipt of all processing fees, the Drug Enforcement Administration (DEA) cannot guarantee that any documents will be made available to you under the Freedom of Information/Privacy Act (FOI/PA).**

As provided by 28 C.F.R § 16.3(b), this letter also affords you the opportunity to reformulate your request in such a manner as to reduce the search, review, and reproduction fees. This could be accomplished by narrowing the scope of your request; specifying the documents that you desire, the time frame or incident about which you are interested; or noting a specific investigation that concerned or involved the subject of your request.

Exhibit C

Case Number: 13-00233-F                                                                 Page 2

      Upon receipt of a **check or money order** in the amount indicated above, made payable to the Treasury of the United States, DEA will initiate further processing of your request. However, if this office does not receive your payment within 30 days from the date of this letter, DEA will assume that you do not wish to pursue this matter and your request will be administratively closed.

      Please indicate on the face of your check or money order the Case Number and mail to the following address:

      DEA HEADQUARTERS
      ATTN: FOI/PA UNIT (SARF)
      8701 MORRISSETTE DRIVE
      SPRINGFIELD, VIRGINIA 22152

      If you wish to appeal our determination of your request, you must make your appeal in writing and it must be received by the Office of Information Policy within sixty (60) days of the date of this letter pursuant to 28 C.F.R. § 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

      DEPARTMENT OF JUSTICE
      OFFICE OF INFORMATION POLICY
      NYAV BUILDING, 11TH FLOOR
      WASHINGTON, D.C. 20530

      If you have any questions regarding this letter, you may contact FOI Specialist L. Johnson on 202-307-4181.

      Sincerely,

      *Katherine Myrick*

      Katherine L. Myrick, Chief
      Freedom of Information/Privacy Act Unit
      FOI/Records Management Section