UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case Number: 13-cv-2832 (PAM/FLN)

| | |
|---|---|
| CHRISTOPHER W. MADEL ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> et al., ) <br> ) <br> ) <br> ) <br> Defendants. ) | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants the United States Department of Justice and Drug Enforcement Administration, through undersigned counsel, respectfully move the Court for entry of summary judgment pursuant to Federal Rule of Civil Procedure 56. A memorandum in support of the motion and in opposition to Plaintiff's motion for summary judgment, declarations with exhibits, and notice of hearing are submitted with this motion.

Dated:  February 6, 2014

JOHN R. MARTI
Acting United States Attorney

s/ Pamela A. Marentette

BY:  PAMELA A. MARENTETTE
Special Assistant U.S. Attorney
Attorney ID Number 0389725
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone:  612-664-5600
Email: Pamela.Marentette@usdoj.gov