# CHRISTOPHER W. MADEL
4725 VINE HILL ROAD
DEEPHAVEN, MINNESOTA 55331
(612) 349-8703 (WORK)/(612) 327-4991 (MOBILE)
cwmadel@rkmc.com

November 20, 2012

*Via U.S. Mail*

Chief
Freedom of Information Operations Unit
700 Army-Navy Drive
Sixth Floor
Arlington, VA 22202

Freedom of Information Operations Unit (SARF)
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152

Dear Sir/Madam:

    Pursuant to the Freedom of Information Act (FOIA), please send me the following:

    1.    For each month (or quarter) and year since January 1, 2006, all documents that state and/or include data regarding Cardinal Health, Inc.'s distribution of oxycodone to persons[1] located in the State of Georgia, including, but not limited to, for each month (or quarter) and year since January 1, 2006, the identity of each person in the State of Georgia that Cardinal Health, Inc. distributed the

---

[1] For the purposes of each of the requests included in this letter, the term "person" shall mean an individual, governmental entity, sole proprietorship, corporation, limited liability company, firm, trust, partnership, or incorporated or unincorporated association existing under or authorized by the laws of this state, another state, or a foreign country, and the term "person" shall include, but not be limited to, all "practitioners" as that term is defined by 21 U.S.C. § 802(21).

November 20, 2012
Page 2

        oxycodone to, and the quantity of oxycodone that Cardinal Health, Inc. distributed to that person (in dosage units and grams).

2. For each month (or quarter) and year since January 1, 2006, all documents that state and/or include data regarding CVS Caremark's distribution of oxycodone to persons located in the State of Georgia, including, but not limited to, for each month (or quarter) and year since January 1, 2006, the identity of each person in the State of Georgia that CVS Caremark distributed the oxycodone to, and the quantity of oxycodone that CVS Caremark distributed to that person (in dosage units and grams).

3. For each month (or quarter) and year since January 1, 2006, all documents that state and/or include data regarding Walgreen Co.'s distribution of oxycodone to persons located in the State of Georgia, including, but not limited to, for each month (or quarter) and year since January 1, 2006, the identity of each person in the State of Georgia that Walgreen Co. distributed the oxycodone to, and the quantity of oxycodone that Walgreen Co. distributed to that person (in dosage units and grams).

4. For each month (or quarter) and year since January 1, 2007, reports ## 1, 2, 3, 4, 5, 6, and 7 from the ARCOS-2 database (in dosage units and grams). The identity and substance of these reports can be found at http://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/2006/index.html.

    For each of the above-stated requests, I would be pleased to accept the requested data in an electronic format accessible through the Microsoft suite of products, such as Microsoft Excel. Furthermore, it is my understanding that the data requested in request ## 1-3 reside in the Drug Enforcement Agency's ARCOS-2 database. Accordingly, please construe request ## 1-3 to include data from the ARCOS-2 database, and I would be amenable to limiting your search of responsive documents to that database if you produce data that fully complies with these requests.

November 20, 2012
Page 3

Additionally, per the purported requirements found on DEA's website (found at http://www.justice.gov/dea/FOIA/MIS/arcos.shtml), please be advised of the following information:

Requester's full name: Christopher William Madel
Complete address: 4725 Vine Hill Road, Deephaven, MN 55331
Date of birth: December 31, 1966
Place of birth: Waseca, Minnesota, USA
Notarized signature: See below

Please feel free to contact me with any questions at the above address, telephone numbers, or cwmadel@rkmc.com.

Thank you for your prompt attention to this matter.

Sincerely,

Christopher W. Madel

*Notary:*

Subscribed and sworn to before me
this 20th day of November, 2012

Notary Public

DAWN M VAN ALSTINE
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2015