# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Christopher W. Madel,

    Plaintiff,

v.                                                              Case No. 13-cv-02832 (PAM/FLN)

United States Department of Justice and                         **Motion for Limited Discovery**
Drug Enforcement Administration,

    Defendants.

Plaintiff Christopher W. Madel hereby moves, pursuant to FED. R. CIV. P. 26, for an Order allowing him to propound limited discovery, in the form of five total interrogatories, on Defendants, United States Department of Justice and Drug Enforcement Administration.

    Respectfully submitted,

DATED:  February 26, 2014            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   *s/ Aaron R. Thom*
      Jennifer M. Robbins (0387745)
      Barry M. Landy (0391307)
      Aaron R. Thom (0392646)
      Amira A. ElShareif (0395348)

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402-2015
612-349-8500
jmrobbins@rkmc.com
bmlandy@rkmc.com
arthom@rkmc.com
aaelshareif@rkmc.com

**Attorneys for Plaintiff**