AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Christopher W. Madel,

                    Plaintiff,                    **JUDGMENT IN A CIVIL CASE**

V.

                                                  Case Number:   13-2832 (PAM/FLN)

United States Department of
Justice, and Drug Enforcement
Administration,

                    Defendants.


☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion for Summary Judgment (Docket No. 14) is **DENIED**; and

2. Defendants' Motion for Summary Judgment (Docket No. 20) is **GRANTED**.

|  |  |
|---|---|
| April 24, 2014 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/J. Zuech |
| (By) | J. Zuech   Deputy Clerk |

Form Modified:  09/16/04