# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Christopher W. Madel, | Case No. 13-cv-02832 (PAM/FLN) |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| United States Department of Justice and Drug Enforcement Administration, | |
| Defendants. | |

Plaintiff Christopher W. Madel, by and through his attorneys, respectfully moves the Court for attorneys' fees in the amount of $70,833.50. This motion is based upon 5 U.S.C. § 552(a)(4)(E)(i) as well as Plaintiff's Memorandum of Law in Support of his Motion for Attorneys' Fees, including all supporting papers.

DATED: May 8, 2014               **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                 By: *s/Jennifer M. Robbins*
                                 Jennifer M. Robbins (387745)
                                 Aaron R. Thom (392646)
                                 Barry M. Landy (391307)
                                 Amira A. ElShareif (395348)

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402–2015
Telephone: 612–349–8500
Facsimile: 612–339–4181
*jmrobbins@rkmc.com*
*arthom@rkmc.com*
*bmlandy@rkmc.com*
*aaelshareif@rkmc.com*

**Attorneys for Plaintiff**