UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Christopher W. Madel, | Case No. 13-cv-02832 (PAM/FLN) |
| Plaintiff, | **Notice of Withdrawal of Amira A. ElShareif** |
| v. | |
| United States Department of Justice and Drug Enforcement Administration, | |
| Defendants. | |

Pursuant to Local Rule 83.7(a), Amira A. ElShareif of Robins Kaplan LLP hereby withdraws her appearance as counsel for Christopher W. Madel in the above-captioned case. Jennifer Robbins of Madel PA will continue to represent Plaintiff in the above-captioned case and has filed a Notice of Change of Address [Doc. 109] with the Court.

DATED:  June 12, 2017                         ROBINS KAPLAN LLP

By: *s/ Amira A. ElShareif*
Amira A. ElShareif (395348)
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: 612–349–8500
Facsimile: 612–339–4181
*aelshareif@robinskaplan.com*
**Attorney for Plaintiff**

1