# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Christopher W. Madel,

                              Plaintiff,

      v.

United States Department of Justice, et. al.,

                              Defendants.

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

Civil Case No.:    13-2832 (PAM/FLN)
Date: October 31, 2017
Court Reporter: N/A
Time Commenced: 9:06 a.m.
Time Concluded: 9:22 a.m.
Time in Court:    16 minutes

APPEARANCES:

For Plaintiff: Jennifer Robbins
For Defendants: Pamela Marentette

**Plaintiff's motion to amend the Complaint [ECF No. 133] was taken under advisement at the hearing.**

☒ ORDER TO BE ISSUED        ☐ NO ORDER TO BE ISSUED        ☐ R&R TO BE ISSUED      ☒ NO R&R TO
                                                                                BE ISSUED

☐ Exhibits retained by the Court        ☐ Exhibits returned to counsel

   s/AF
Signature of Law Clerk