UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case Number: 13-cv-2832 (PAM/FLN)

| | | |
|---|---|---|
| CHRISTOPHER W. MADEL, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | **EXHIBIT A** |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## <u>STIPULATION OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, through their undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Complaint in the above-captioned action shall be dismissed with prejudice.  It is further stipulated and agreed that the parties shall bear their own costs and fees, except as specifically provided in the Stipulation of Settlement and Dismissal executed by Plaintiff and Defendants in this matter.

Dated: <u>March 7, 2018</u>                    **MADEL PA**


                                               <u>*s/ Jennifer M. Robbins*</u>

                                               Jennifer M. Robbins (387745)
                                               Aaron R. Thom (392646)
                                               Cassandra Merrick (396372)
                                               800 Pence Building
                                               800 Hennepin Avenue
                                               Minneapolis, MN 55403
                                               Telephone: 612-605-0630
                                               Fax: 612-326-9990
                                               jrobbins@madellaw.com
                                               athom@madellaw.com
                                               cmerrick@madellaw.com

                                               *Attorneys for Plaintiff Christopher W. Madel*




Dated: <u>March 7, 2018</u>


                                               GREGORY G. BROOKER
                                               United States Attorney

                                               BY:<u>s/ Pamela A. Marentette</u>
                                               Pamela A. Marentette
                                               Assistant U.S. Attorney
                                               District of Minnesota
                                               Attorney I.D. No. 0389725
                                               600 United States Courthouse
                                               300 South Fourth Street
                                               Minneapolis, MN 55415
                                               (612) 664-5600

                                               *Counsel for Defendants*