UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case Number: 13-cv-2832 (PAM/FLN)

| | | |
|---|---|---|
| CHRISTOPHER W. MADEL, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | **PROPOSED ORDER** |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the Parties' Stipulation to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS HEREBY ORDERED** that

**(1)** the above-captioned action shall be dismissed with prejudice; and

**(2)** the parties shall bear their own costs and fees, except as specifically provided in the Stipulation of Settlement and Dismissal executed by Plaintiff and Defendants in this matter.  **LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated:  _____


_____

Paul A. Magnuson
Senior Judge, U.S. District Court,
District of Minnesota