UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher W. Madel,                                    Civ. No. 13-2832 (PAM/FLN)

          Plaintiff,

v.                                                                          **ORDER**

United States Department of
Justice, and Drug Enforcement
Administration,

          Defendants.

_____

This matter is before the Court on the parties' Stipulation of Dismissal, erroneously filed as a joint Motion to Dismiss. (Docket No. 147.) Pursuant to the Stipulation, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, with the parties bearing their own costs and fees except as specifically provided in the parties' agreement. **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   March 8, 2018

           *s/Paul A. Magnuson*
          Paul A. Magnuson
          United States District Court Judge