# UNITED STATES DISTRICT COURT
## District of Minnesota

Christopher W. Madel,

                 Plaintiff,

v.

United States Department of
Justice, and Drug Enforcement
Administration,

                 Defendant(s).

## JUDGMENT IN A CIVIL CASE

Case Number:  13-cv-2832 PAM/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED with prejudice**, with the parties bearing their own costs and fees except as specifically provided in the parties' agreement.

Date: 3/8/18

                   KATE M. FOGARTY, CLERK

                   s/LP Holden

    (By)               LP Holden, Deputy Clerk